### JOEL SMITH v. THE STATE.

No. 5214.   Decided May 14, 1919.

**Tick Eradication—Information—Live Stock Sanitary Commission.**

Upon trial of a violation of the tick eradication law it is necessary to
allege and prove a notification in writing of the time and manner the dipping
is required to be done by the Live Stock Sanitary Commission, and where
the information failed to allege this the same was fatally defective.

Appeal from the County Court at Law of Harris County.   Tried
below before the Hon. Walter E. Monteith.

Appeal from a conviction of a violation of the tick eradication
law; penalty, a fine of twenty-five dollars.

The opinion states the case.

*Loves & Fauts.* for appellants.—On question of insufficiency of
information.   Hewitt v. State, 25 Texas 722; Huntsman v. State,
12 Texas Crim. App., 619; Tucker v. State, 35 Texas, 113; Lock-
hart v. State 58 id., 73.

*E. B. Hendricks,* Assistant Attorney General, for the State.

LATTIMORE, JUDGE.—In this case appellant was convicted in the
County Court at law of Harris County, Texas, of a violation of the
tick eradication Act passed by the Thirty-fifth Legislature and on
appeal brings his case before us for review.   The facts need not be
stated as the case must be reversed and dismissed because the in-
formation and complaint are fatally defective.

Section 15 of chapter 60 of the General Laws of Texas enacted
by the Thirty-fifth Legislature, penalizes any person, company or
corporation owing, controlling or caring for any domestic animal
or animals located in any territory quarantined through the provi-

sions of said Act, who shall refuse or fail to dip such live stock at such time and manner "as directed in writing by the Live Stock Sanitary Commission."

This clearly requires the State to allege and prove a notification in writing of the time and manner such dipping is required to be done by the Live Stock Sanitary Commission. An inspection of the complaint and information in the instant case discloses a failure to allege that the notification was in writing. This is fatally defective.

The case will be reversed and dismissed.

*Dismissed.*